**Order entered December 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01503-CV

### IN THE INTEREST OF A.J., A CHILD

**On Appeal from the 302nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-03913**

## ORDER

Because appellant is seeking to recuse the trial court judge and not a justice from this Court, we **DENY** appellant's November 25, 2014 motion to recuse. *See* Tex. R. Civ. P. 18a; TEX. R. APP. P. 16.3(a).

/s/    CRAIG STODDART
JUSTICE